```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15117
   JANESSA ANN WAGNER
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1009

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/21/2007 and was not confirmed.

     The case was dismissed without confirmation 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES     SECURED NOT I        .00            .00          .00
AMC MORTGAGE SERVICES     SECURED NOT I        .00            .00          .00
DISCOVER CARD             UNSECURED       NOT FILED           .00          .00
US BANK                   UNSECURED       NOT FILED           .00          .00
CITIBANK                  UNSECURED       NOT FILED           .00          .00
PRO SE DEBTOR             DEBTOR ATTY         .00                          .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        -------------       -------------
TOTALS                      .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                  /s/ Tom Vaughn
     Dated: 01/22/08             _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```